JAMES A. YORO, SB# 86768
Chain│Cohn│Stiles
1430 Truxtun Ave, Suite 100
P O Box 2386
Bakersfield, CA 93303-2386
Phone: (661) 323-4000
Fax: (661) 325-9999

Attorney for Plaintiff
SHERRY L CLOPTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY L CLOPTON, | Case No.: 1:08-cv-01525 |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| Commissioner of Social Security, | |
| Defendant | |

The party, through her respective counsel, stipulate that the time for filing the Confidential Letter be extended 30 days to April 18, 2009.

This is the plaintiff's first request for an extension of time to file the Confidential Letter. Plaintiff needs additional time to further review the file and prepare response in this matter.

Dated: March 19, 2009

/s/ James A. Yoro
JAMES A. YORO
Attorney for Plaintiff

Dated: March 19, 2009

MCGREGOR W. SCOTT
United States Attorney
/s/ Elizabeth Firer
ELIZABETH FIRER
(As authorized via telephone 3/19/09)
Commissioner of Social Security

IT IS SO ORDERED.

Dated:  **March 23, 2009**          **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE