1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                        EASTERN DISTRICT OF CALIFORNIA
9
SHERRY L. CLOPTON,                    )        1:08cv1525 BAK (DLB)
10                                     )
                      Plaintiff,       )        ORDER GRANTING
11                                     )        EXTENSION OF TIME
                                       )
12                                     )        (Document 18)
          vs.                          )
13                                     )
MICHAEL J. ASTRUE, Commissioner,       )
14                                     )
                                       )
15                    Defendant.       )
_____)
16
         On June 26, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an
17
extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening
18
brief SHALL be filed on or before July 31, 2009.
19
20
         IT IS SO ORDERED.
21
         **Dated:     June 29, 2009**              **/s/ Dennis L. Beck**
22                                                  UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28
                                           1