1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SHERRY L. CLOPTON,      )<br>                                  )<br>   Plaintiff,        )<br>                                  )<br>        v.          )<br>                                  )<br>MICHAEL J. ASTRUE,   )<br>Commissioner of         )<br>Social Security,          )<br>                                  )<br>   Defendant.       )<br>_____) | CIVIL NO. 1:08-CV-01525 DLB<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time up to and including October 2, 2009, to respond to Plaintiff's motion for summary judgment. This request is due to a heavy work load for the months of August and September, which includes or has included briefing in over 27 district court cases, an appellate case and work on a recommendation for a writ of certiorari.

///

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                    Respectfully submitted,

Dated: September 3, 2009          /s/ *James A. Yoro*
                                                (As authorized via telephone)
                                                JAMES A. YORO
                                                Attorney for Plaintiff

Dated: September 3, 2009          LAWRENCE G. BROWN
                                                United States Attorney
                                                LUCILLE GONZALES MEIS
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                                /s/ *Elizabeth Firer*
                                                ELIZABETH FIRER
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

IT IS SO ORDERED.

Dated:  **September 3, 2009**          **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE